United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 19-12337-amc
Brenda Edwards                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                           User: admin                           Page 1 of 3
Date Rcvd: Jun 09, 2021                  Form ID: 138NEW                  Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda Edwards, 6632 Lansdowne Avenue, Philadelphia, PA 19151-3627 |
| cr | + | PNC BANK NA, c/o MARIO J. HANYON, 1617 John F. Kennedy Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14305869 | + | AARON'S SALES & LEASE, ATTN: BANKRUPTCY, PO BOX 100039, KENNESAW, GA 30156-9239 |
| 14305875 | + | AARON'S SALES & LEASE, 309 E PACES FERRY, ATLANTA, GA 30305-2367 |
| 14324298 | + | Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14311049 | + | PNC BANK NA, c/o MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14310696 | | PNC BANK NA, C/o Mario J. Hanyon, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14583978 | + | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14305897 | + | PROFESSIONAL BUREAU OF COLLECTIONS OF MA, 5295 DTC PARKWAY, GREENWOOD VILLAGE, CO 80111-2752 |
| 14305896 | + | PROFESSIONAL BUREAU OF COLLECTIONS OF MA, ATTN: BANKRUPTCY, 5295 DTC PARKWAY, GREENWOOD VILLAGE, CO 80111-2752 |
| 14305893 | + | Phelan Hallinan & Schmieg, LLP, 1617 JFK BLVD., Suite 1400, Philadelphia, PA 19103-1814 |
| 14312422 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14305901 | + | SYNCB/LORD & TAYLOR, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 10 2021 01:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 10 2021 01:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 10 2021 01:56:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14305881 | | Email/Text: ebn@americollect.com | Jun 10 2021 01:56:00 | AMERICOLLECT, PO BOX 1566, 1851 SOUTH ALVERNO ROAD, MANITOWOC, WI 54221 |
| 14305883 | | Email/Text: ebn@americollect.com | Jun 10 2021 01:56:00 | AMERICOLLECT, PO BOX 1566, MANITOWOC, WI 54221 |
| 14381994 | | Email/Text: megan.harper@phila.gov | Jun 10 2021 01:56:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14305885 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 10 2021 01:18:50 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 14305886 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 10 2021 01:16:04 | CREDIT ONE BANK, PO BOX 98875, LAS |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: 138NEW | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | VEGAS, NV 89193-8875 |
| 14305888 | + | Email/Text: bankruptcynotices@dcicollect.com | Jun 10 2021 01:56:00 | DIVERSIFIED CONSULTANTS, INC., 10550 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-2805 |
| 14305887 | + | Email/Text: bankruptcynotices@dcicollect.com | Jun 10 2021 01:56:00 | DIVERSIFIED CONSULTANTS, INC., ATTN: BANKRUPTCY, PO BOX 551268, JACKSONVILLE, FL 32255-1268 |
| 14305889 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 10 2021 01:56:00 | FINGERHUT, ATTN: BANKRUPTCY, PO BOX 1250, SAINT CLOUD, MN 56395-1250 |
| 14305890 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 10 2021 01:56:00 | FINGERHUT, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 14311099 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2021 01:16:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14305892 | + | Email/Text: cedwards@ncsplus.com | Jun 10 2021 01:55:00 | NCSPLUS INCORPORATED, 117 E 24TH ST, NEW YORK, NY 10010-2919 |
| 14305891 | + | Email/Text: cedwards@ncsplus.com | Jun 10 2021 01:55:00 | NCSPLUS INCORPORATED, 117 EAST 24TH STREET, 5TH FLOOR, NEW YORK, NY 10010-2937 |
| 14323520 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2021 01:55:00 | PNC BANK, N.A., Attention: Bankruptcy Department, 3232 NEWMARK DRIVE, MIAMISBURG OH 45342 |
| 14305894 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2021 01:55:00 | PNC MORTGAGE, ATTN: BANKRUPTCY, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 14305895 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2021 01:55:00 | PNC MORTGAGE, PO BOX 8703, DAYTON, OH 45401 |
| 14336777 | | Email/Text: bnc-quantum@quantum3group.com | Jun 10 2021 01:55:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14305898 | + | Email/Text: Supportservices@receivablesperformance.com | Jun 10 2021 01:56:00 | RECEIVABLES PERFORMANCE MGMT, ATTN: BANKRUPTCY, PO BOX 1548, LYNNWOOD, WA 98046-1548 |
| 14305899 | + | Email/Text: Supportservices@receivablesperformance.com | Jun 10 2021 01:56:00 | RECEIVABLES PERFORMANCE MGMT, 20816 44TH AVE W, LYNNWOOD, WA 98036-7744 |
| 14305900 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 10 2021 01:18:47 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, GREENVILLE, SC 29603-0587 |
| 14305877 | *+ | AARON'S SALES & LEASE, 309 E PACES FERRY, ATLANTA, GA 30305-2367 |
| 14305878 | *+ | AARON'S SALES & LEASE, 309 E PACES FERRY, ATLANTA, GA 30305-2367 |
| 14305879 | *+ | AARON'S SALES & LEASE, 309 E PACES FERRY, ATLANTA, GA 30305-2367 |
| 14305880 | *+ | AARON'S SALES & LEASE, 309 E PACES FERRY, ATLANTA, GA 30305-2367 |
| 14305876 | *+ | AARON'S SALES & LEASE, 309 E PACES FERRY, ATLANTA, GA 30305-2367 |
| 14305870 | *+ | AARON'S SALES & LEASE, ATTN: BANKRUPTCY, PO BOX 100039, KENNESAW, GA 30156-9239 |
| 14305871 | *+ | AARON'S SALES & LEASE, ATTN: BANKRUPTCY, PO BOX 100039, KENNESAW, GA 30156-9239 |
| 14305872 | *+ | AARON'S SALES & LEASE, ATTN: BANKRUPTCY, PO BOX 100039, KENNESAW, GA 30156-9239 |
| 14305873 | *+ | AARON'S SALES & LEASE, ATTN: BANKRUPTCY, PO BOX 100039, KENNESAW, GA 30156-9239 |
| 14305874 | *+ | AARON'S SALES & LEASE, ATTN: BANKRUPTCY, PO BOX 100039, KENNESAW, GA 30156-9239 |
| 14305882 | *P++ | AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, AMERICOLLECT, PO BOX |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 09, 2021 | Form ID: 138NEW | Total Noticed: 36 |

| | | |
|---|---|---|
| 14305884 | *P++ | 1566, 1851 SOUTH ALVERNO ROAD, MANITOWOC, WI 54221<br>AMERICOLLECT INC, PO BOX 2080, MANITOWOC WI 54221-2080, address filed with court:, AMERICOLLECT, PO BOX 1566, MANITOWOC, WI 54221 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

**Name**         **Email Address**

JEROME B. BLANK
    on behalf of Creditor PNC BANK NA paeb@fedphe.com

MARIO J. HANYON
    on behalf of Creditor PNC BANK NA wbecf@brockandscott.com  wbecf@brockandscott.com

PEARL PHAM
    on behalf of Creditor Philadelphia Gas Works pearl.pham@pgworks.com

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK NA bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

STEPHEN MATTHEW DUNNE
    on behalf of Debtor Brenda Edwards bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor PNC BANK NA paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Brenda Edwards
      Debtor(s)                                       Bankruptcy No: 19−12337−amc

Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            900 Market Street
                               Suite 400
                           Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                 For The Court
                                                         Timothy B. McGrath
                                                           Clerk of Court

Dated: 6/9/21

                                                                                         49 − 48
                                                                                Form 138_new