UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br>BRENDA EDWARDS | CASE NO: 19-12337<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 56 |

On 7/19/2021, I did cause a copy of the following documents, described below,

Notice - Motion - Order - Brenda Edwards Entry of Discharge Order ECF Docket Reference No. 56

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/19/2021

/s/ Stephen Dunne
Stephen Dunne  208838

Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA  19102
215 551 7109

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE:<br><br>BRENDA EDWARDS | CASE NO: 19-12337<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 56 |

On 7/19/2021, a copy of the following documents, described below,

Notice - Motion - Order - Brenda Edwards Entry of Discharge Order ECF Docket Reference No. 56

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/19/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Stephen Dunne
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA  19102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03132<br>CASE 19-12337-AMC<br>EASTERN DISTRICT OF PENNSYLVANIA<br>PHILADELPHIA<br>FRI JUL 16 17-47-49 EDT 2021 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | PNC BANK NA<br>CO MARIO J HANYON<br>1617 JOHN F KENNEDY BLVD SUITE 1400<br>PHILADELPHIA PA 19103-1814 |
| PHILADELPHIA GAS WORKS<br>800 W MONTGOMERY AVENUE<br>PHILADELPHIA PA 19122-2898 | UNITED STATES TRUSTEE<br>OFFICE OF THE US TRUSTEE<br>200 CHESTNUT STREET<br>SUITE 502<br>PHILADELPHIA PA 19106-2908 | ~~EXCLUDE~~<br>~~PHILADELPHIA~~<br>~~900 MARKET STREET~~<br>~~SUITE 400~~<br>~~PHILADELPHIA PA 19107-4233~~ |
| AARONS SALES  LEASE<br>309 E PACES FERRY<br>ATLANTA GA 30305-2367 | AARONS SALES  LEASE<br>ATTN BANKRUPTCY<br>PO BOX 100039<br>KENNESAW GA 30156-9239 | AMERICOLLECT INC<br>PO BOX 2080<br>MANITOWOC WI 54221-2080 |
| CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | CREDIT ONE BANK<br>PO BOX 98875<br>LAS VEGAS NV 89193-8875 | DIVERSIFIED CONSULTANTS INC<br>10550 DEERWOOD PARK BLVD<br>JACKSONVILLE FL 32256-2805 |
| DIVERSIFIED CONSULTANTS INC<br>ATTN BANKRUPTCY<br>PO BOX 551268<br>JACKSONVILLE FL 32255-1268 | DUNNE LAW OFFICES PC<br>1515 MARKET STREET SUITE 1200<br>PHILADELPHIA PA 19102-1932 | FINGERHUT<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD MN 56303-0820 |
| FINGERHUT<br>ATTN BANKRUPTCY<br>PO BOX 1250<br>SAINT CLOUD MN 56395-1250 | NCSPLUS INCORPORATED<br>117 E 24TH ST<br>NEW YORK NY 10010-2919 | NCSPLUS INCORPORATED<br>117 EAST 24TH STREET<br>5TH FLOOR<br>NEW YORK NY 10010-2937 |
| PNC BANK NA<br>CO MARIO J HANYON ESQ<br>PHELAN HALLINAN DIAMOND  JONES LLP<br>1617 JFK BOULEVARD SUITE 1400<br>ONE PENN CENTER PLAZA<br>PHILADELPHIA PA 19103 | PNC BANK NA<br>CO MARIO J HANYON<br>PHELAN HALLINAN  SCHMIEG<br>1617 JOHN F KENNEDY BLVD SUITE 1400<br>PHILADELPHIA PA 19103-1814 | PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| PNC BANK NATIONAL ASSOCIATION<br>CO KML LAW GROUP<br>701 MARKET STREET SUITE 5000<br>PHILADELPHIA PA 19106-1541 | PROFESSIONAL BUREAU OF COLLECTIONS OF MA<br>5295 DTC PARKWAY<br>GREENWOOD VILLAGE CO 80111-2752 | PROFESSIONAL BUREAU OF COLLECTIONS OF MA<br>ATTN BANKRUPTCY<br>5295 DTC PARKWAY<br>GREENWOOD VILLAGE CO 80111-2752 |
| PHELAN HALLINAN  SCHMIEG LLP<br>1617 JFK BLVD SUITE 1400<br>PHILADELPHIA PA 19103-1814 | PHILADELPHIA GAS WORKS<br>800 W MONTGOMERY AVENUE<br>ATTN- BANKRUPTCY DEPT 3F<br>PHILADELPHIA PA 19122-2898 | QUANTUM3 GROUP LLC AS AGENT FOR<br>SADINO FUNDING LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE BEEN SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
RECEIVABLES PERFORMANCE MGMT          RECEIVABLES PERFORMANCE MGMT          SYNCBLORD   TAYLOR
20816 44TH AVE W                      ATTN BANKRUPTCY                       ATTN BANKRUPTCY
LYNNWOOD WA 98036-7744                PO BOX 1548                           PO BOX 965060
                                      LYNNWOOD WA 98046-1548                ORLANDO FL 32896-5060


                                                                            DEBTOR
SYNCBLORD   TAYLOR                    CITY OF PHILADELPHIA LAW DEPARTMENT   BRENDA EDWARDS
PO BOX 30253                          MUNICIPAL SERVICES BUILDING           6632 LANSDOWNE AVENUE
SALT LAKE CITY UT 84130-0253          1401 JOHN F KENNEDY BLVD 5TH FLOOR    PHILADELPHIA PA 19151-3627
                                      PHILADELPHIA PA 19102-1617


SCOTT F WATERMAN CHAPTER 13           STEPHEN MATTHEW DUNNE
CHAPTER 13 TRUSTEE                    DUNNE LAW OFFICES PC
2901 ST LAWRENCE AVE                  1515 MARKET STREET
SUITE 100                             SUITE 1200
READING PA 19606-2265                 PHILADELPHIA PA 19102-1932
```

ADDRESSES WITH AN EMAIL NOT PRESENT BELOW SERVED ON 07/20/21 SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

Scott F Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

ECFmail@fredreiglech13.com

(Trustee)
SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
represented by:
POLLY A. LANGDON
Office of Scott F. Waterman, Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

ecfmail@readingch13.com

(U.S. Trustee)
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

USTPRegion03.PH.ECF@usdoj.gov

(Creditor)
Philadelphia Gas Works
800 W. Montgomery Avenue
Philadelphia, PA 19122-0050
represented by:
PEARL PHAM
Philadelphia Gas Works
800 W. Montgomery Ave.
Philadelphia, PA 19122

pearl.pham@pgworks.com

(Creditor)
PNC BANK, NATIONAL ASSOCIATION
represented by:
REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Blvd.
Suite 1400
Philadelphia, PA 19103

paeb@fedphe.com

REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

MARIO J. HANYON
Brock & Scott, PLLC
302 Fellowship Road,
Ste 130
Mount Laurel, NJ 08054

wbecf@brockandscott.com

(Creditor)
PNC BANK NA
c/o MARIO J. HANYON
1617 John F. Kennedy Blvd, Suite 1400
Philadelphia, PA 19103
represented by:
JEROME B. BLANK
Phelan Hallinan & Schmieg LLP
1617 JFK Boulevard
Philadelphia, PA 19103

paeb@fedphe.com

(Creditor)
LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
GREENVILLE, SC 29603-0587

askbk@resurgent.com

(Debtor)
Brenda Edwards
6632 Lansdowne Avenue
Philadelphia, PA 19151
represented by:
STEPHEN MATTHEW DUNNE
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102 U.S.A.

bestcasestephen@gmail.com