# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Brenda Edwards | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Bky. No. 19-12337 |

## ORDER

AND NOW, upon consideration of Debtor's Motion for Discharge, it is hereby ORDERED that Debtor's Motion is GRANTED and an Order of Discharge of the Debtor shall be entered.

**Date: August 11, 2021**

By the Court:

_____

Hon. Ashely M. Chan
U.S. Bankruptcy Judge